No. 93–691. PHIPPS v. WILSON. Ct. App. Ind. Certiorari denied.

No. 93–705. PUDLO v. ADAMSKI ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–706. GRIFFES, COMMISSIONER, VERMONT DEPARTMENT OF MOTOR VEHICLES v. BARRINGER ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–735. GOINS v. LANG ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–745. SHANDS ET AL. v. CITY OF KENNETT ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–769. UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION, AFL–CIO/CLC v. AGUINAGA ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–778. BP NORTH AMERICA PETROLEUM, INC. v. ROBERT E. LEE S. S. ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–780. ST. LOUIS SOUTH PARK, INC., DBA MERCY CONVALESCENT v. MISSOURI DEPARTMENT OF SOCIAL SERVICES, DIVISION OF MEDICAL SERVICES. Ct. App. Mo., Western Dist. Certiorari denied.

No. 93–782. KANZA v. EMPIRE SERVICES, INC. C. A. 6th Cir. Certiorari denied.

No. 93–784. UNITED TRANSPORTATION UNION ET AL. v. UNION PACIFIC RAILROAD CO. C. A. 8th Cir. Certiorari denied.

No. 93–790. LARSON v. BOARD OF FIRE AND POLICE COMMISSIONERS OF CALUMET CITY, ILLINOIS, ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 93–791. GROENE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–794. GILLUM v. CITY OF KERRVILLE ET AL. C. A. 5th Cir. Certiorari denied.